UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHARLES S. BELL | CIVIL ACTION NO. 14-02772 |
| VERSUS | JUDGE ROBERT G. JAMES |
| L.P. BROWN COMPANY, INC. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Charles S. Bell's Motion for Summary Judgment [Doc. No. 6] is GRANTED. The forum selection clause contained in the non-compete agreement between the parties is DECLARED null and void under LA. REV. STAT. 23:921A(2). Under Louisiana law, the non-compete agreement is geographically overbroad and is thus DECLARED unenforceable.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant L.P. Brown Company, Inc.'s counterclaim is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 2nd day of February, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE